FILED

12 APR -5 AM 10: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER STENSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　　　　　　Defendant. | CASE NO. 11-CV-1054 BEN (BLM)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br><br>**(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>[Docket Nos. 17, 18, 20] |

　　On October 27, 2011, Plaintiff filed a motion for summary judgment (Docket No. 17), and on November 30, 2011, Defendant filed a cross-motion for summary judgment (Docket No. 18). Magistrate Judge Barbara Lynn Major issued a thoughtful and thorough Report and Recommendation recommending that Plaintiff's motion for summary judgment be denied and Defendant's cross-motion for summary judgment be granted. (Docket No. 20.) Any objections to the Report and Recommendation were due March 30, 2012. (*Id.*) Neither party filed any objections. For the reasons that follow, the Report and Recommendation is **ADOPTED**.

　　A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly

objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

In the absence of any objections, the Court fully **ADOPTS** Judge Major's Report and Recommendation. Defendant's cross-motion for summary judgment is **GRANTED**, and Plaintiff's motion for summary judgment is **DENIED**.

**IT IS SO ORDERED.**

DATED: April 4, 2012

HON. ROGER T. BENITEZ
United States District Court Judge